GUSTAVE LEVENTHAL, Respondent, *v.* NORTH BRITISH AND MERCANTILE INSURANCE COMPANY, Appellant, Impleaded with LEO LEVY and Others, Defendants.

First Department, February 7, 1919.

See head note in *Leventhal* v. *North British & Mercantile Ins. Co.* (*ante,* p. 440).

APPEAL by the defendant, North British & Mercantile Insurance Company, from so much of an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 6th day of June, 1918, as denies in part its motion for judgment on the pleadings consisting of a complaint, answer and reply.

*Leo Levy* of counsel [*Edward C. Schiffmacher* with him on the brief], for the appellant.

*Lucille Pugh,* for the respondent.

DOWLING, J.:

For the reasons assigned in *Leventhal* v. *North British & Mercantile Ins. Co.* (186 App. Div. 440), decided herewith, the order appealed from, in so far as it denies in part the defendant's motion for judgment on the pleadings, should be reversed and said motion granted in its entirety, with ten dollars costs and disbursements to appellant.

CLARKE, P. J., SMITH, PAGE and SHEARN, JJ., concurred.

Order, in so far as it denies in part defendant's motion for judgment on the pleadings, reversed, with ten dollars costs and disbursements, and motion granted in its entirety.